ROSERO v. BLAKE

No. 322A02

Case below: 150 N.C. App. 250

Motion by plaintiff for temporary stay allowed 27 June 2002.

SHACKLEFORD-MOTEN v. LENOIR CTY. DSS

No. 1PA02

Case below: 147 N.C. App. 525

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 27 June 2002 for limited purpose of vacating the order of Court of Appeals dismissing appeal and remanding for reconsideration on the merits. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 27 June 2002.

SONOPRESS, INC. v. TOWN OF WEAVERVILLE

No. 231P02

Case below: 149 N.C. App. 492

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

STATE v. BELCHER

No. 260P02

Case below: 149 N.C. App. 973

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 June 2002.

STATE v. BOGGESS

No. 310A97-2

Case below: Durham County Superior Court

Petition by defendant pro se for writ of mandamus denied 21 May 2002.